

## Fourth Court of Appeals

### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00378-CV

Sandra Lynn **BURGER**,
Appellant

v.

Daryl Glenn **BURGER**,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV 15-0000124
Honorable M. Rex Emerson, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice

Delivered and Filed:  February 1, 2017

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM